**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **IN RE**: | ) | **CHAPTER 7** |
| **SARAH WOOLWINE STEVENS** | ) | |
| Debtor. | ) | **CASE NO. 18-70321** |

_____

| | | |
|---|---|---|
| **SARAH WOOLWINE STEVENS** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 18-07018 |
| | ) | |
| **HIGHLANDS UNION BANK** | ) | |
| Defendant. | ) | |

_____

**ORDER**

A pre-trial conference is scheduled in this adversary proceeding for August 8, 2018 at 10:30 a.m. in Abingdon, Virginia (U.S. District Courtroom, U.S. Courthouse, 180 West Main Street).  Pursuant to Federal Rule of Bankruptcy Procedure 7026, Rule 26 of the Federal Rules of Civil Procedure applies in adversary proceedings.  Accordingly, it is hereby ORDERED that prior to such conference counsel for the parties, in accordance with the provisions of Rule 26(a) and (f), shall confer, make initial disclosures, and prepare and file with the Court a discovery plan.

If the parties agree to a telephonic pre-trial conference, counsel should contact chambers to request an alternate date and time.

The Clerk is directed to send a copy of this Order to the Debtor, counsel for the parties and to any unrepresented party proceeding pro se.

ENTER this the 25th day of June, 2018.

_____
UNITED STATES BANKRUPTCY JUDGE